J Christopher Jorgensen
Nevada Bar No. 5382
Brittni A. Tanenbaum
Nevada Bar No. 16013
**LEWIS ROCA ROTHGERBER CHRISTIE LLP**
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169
Tel: (702) 949-8200
Fax: (702) 949-8398
cjorgensen@lewisroca.com
btanenbaum@lewisroca.com

*Attorneys for Defendant Synchrony Bank*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| WILFRED MAYLAD, an individual,<br><br>Plaintiff,<br><br>v.<br><br>SYNCHRONY BANK, a foreign corporation; EQUIFAX INFORMATION SERVICES, LLC, a foreign limited-liability company, EXPERIAN INFORMATION SOLUTIONS, INC., a foreign corporation; TRANS UNION LLC, a foreign limited-liability company,<br><br>Defendants. | Case No. 2:24-cv-01887-EJY<br><br>**JOINT UNOPPOSED MOTION TO EXTEND DEADLINE FOR DEFENDANT SYNCHRONY BANK TO RESPOND TO COMPLAINT**<br><br>**(FIRST REQUEST)** |

Defendant Synchrony Bank ("Synchrony") and Plaintiff Wilfred Maylad ("Plaintiff"), by counsel and pursuant to Federal Rule of Civil Procedure 6(b)(1)(A) and Local Rule IA 6-1, respectfully request that this Court extend the deadline in which Synchrony has to answer or otherwise respond to Plaintiff's Complaint, through and until December 11, 2024. In support of this Motion, the parties stipulate as follows:

1. This is the first request for extension of time for Synchrony to respond to Plaintiff's Complaint.

2. On October 9, 2024, Plaintiff filed a Complaint with this Court [ECF No. 1].

3. Synchrony was served with the Complaint on October 15, 2024 [ECF No. 9].

/ / /

126850954.1

4. Counsel for the parties have been engaged in settlement discussions and previously agreed to extend Synchrony's deadline to respond to the Complaint to December 4, 2024.

5. In order to continue engaging in settlement discussions in good faith to resolve this matter, counsel for Synchrony desires a seven (7) day extension until December 11, 2024, to file a response to the Complaint.

6. Counsel for Synchrony conferred with Plaintiff's counsel regarding this requested extension, and Plaintiff's counsel agrees to this extension.

7. The foregoing Motion is filed in good faith and not for dilatory or other improper purpose.

8. Plaintiff would not suffer any prejudice by the Court permitting Synchrony the requested extension of time and has consented to the requested extension.

9. Granting this Motion is in the interests of justice and is otherwise the right and proper thing to do.

DATED this 4th day of December 2024.

| LEWIS ROCA ROTHGERBER CHRISTIE LLP | LAW OFFICE OF KEVIN L. HERNANDEZ |
|---|---|
| /s/ *Brittni A. Tanenbaum* | /s/ *Kevin L. Hernandez* |
| J Christopher Jorgensen<br>Brittni A. Tanenbaum<br>3993 Howard Hughes Parkway, Suite 600<br>Las Vegas, NV 89169 | Kevin L. Hernandez, Esq.<br>Nevada Bar No. 12594<br>8920 W. Tropicana Avenue, Suite 101<br>Las Vegas, Nevada 89147<br>kevin@kevinhernandezlaw.com |
| *Counsel for Defendant Synchrony Bank* | *Counsel for Plaintiff Wilfred Maylad* |

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: December 5, 2024