Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
**LAW OFFICE OF KEVIN L. HERNANDEZ**
8920 W. Tropicana Avenue, Suite 101
Las Vegas, Nevada 89147
T: (702) 563-4450
F: (702) 552-0408
kevin@kevinhernandezlaw.com
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| WILFRED MAYLAD, an individual, | Case No.: 2:24-cv-01887-EJY |
| Plaintiff, | |
| v. | |
| SYNCHRONY BANK, a foreign corporation, EQUIFAX INFORMATION SERVICES, LLC, a foreign limited-liability company, EXPERIAN INFORMATION SOLUTIONS, INC., a foreign corporation, TRANS UNION LLC, a foreign limited-liability company, | **STIPULATION AND ~~PROPOSED~~ ORDER OF DISMISSAL OF SYNCHRONY BANK WITH PREJUDICE** |
| Defendants. | |

Plaintiff, Wilfred Maylad ("Plaintiff") and Defendant, Synchrony Bank ("Synchrony") (collectively referred to as the "Parties") have resolved all claims, disputes, and differences between the Parties.

Therefore, the Parties, by and through their respective attorneys of record, and subject to the Court's approval, respectfully request dismissal of the above-captioned matter with prejudice

///

///

///

///

///

///

under Fed.R.Civ.P. 41(a)(1)(A)(ii), with Plaintiff and Synchrony bearing their own attorneys' fees and costs incurred in this action.

Respectfully Submitted.

Dated: January 28, 2025

**LAW OFFICE OF KEVIN L. HERNANDEZ**

*/s/ Kevin L. Hernandez*
Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
8920 W. Tropicana Avenue, Suite 101
Las Vegas, Nevada 89147
kevin@kevinhernandezlaw.com
*Attorney for Plaintiff*

Dated: January 28, 2025

**WOMBLE BOND DICKINSON (US) LLP**

*/s/ Brittni A. Tanenbaum*
J. Christopher Jorgensen, Esq.
Nevada Bar No. 5382
Brittni A. Tanenbaum, Esq.
Nevada Bar No. 16013
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Chris.Jorgensen@wbd-us.com
Brittni.Tanenbaum@wbd-us.com
*Attorneys for Synchrony Bank*

## ORDER

Under Fed.R.Civ.P. 41(a)(1)(A)(ii), Plaintiff's claims against Synchrony are hereby dismissed with prejudice. Each party will bear its own costs, attorney's fees, and expenses.

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: January 28, 2025